UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Kara First, *et al.*,

    Plaintiffs,

    v.

J&C Ambulance Services, Inc., *et al.*,

    Defendants.

Case No. 2:22-cv-3296

Judge Michael H. Watson

Magistrate Judge Jolson

## OPINION AND ORDER

American EMS, LLC ("AEMS"), is **ORDERED** to file on the docket within **FOURTEEN DAYS** a record of employees who worked for AEMS as of August 31, 2020, and who, at that time, had group health, vision, or dental insurance ("covered employees"). If AEMS does not have a list that is accurate as of August 31, 2020, it shall provide its most recent pre-asset purchase agreement Medical Coverage Census, obtain the information from its then-insurers, or produce a copy of the pay information for each AEMS employee—so long as the pay information shows whether pay was deducted for health, vision, or dental insurance—for the pay period immediately prior to the effective date of the asset purchase agreement.

Upon AEMS's filing, each Defendant has **SEVEN DAYS** to file an affidavit attesting to whether it sent COBRA notices to any of the covered employees who J&C Ambulance Services, Inc. did not rehire ("non-rehired employees"). The

affidavit shall list by name the non-rehired employees, if any, to whom that Defendant sent a COBRA notice.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**