UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Kara First, et al.,** : | |
| : | |
| Plaintiffs, : | Case No. 2:22-cv-3296 |
| : | |
| v. : | Judge Michael Watson |
| : | |
| **J&C Ambulance Services, Inc., et al.,** : | Magistrate Judge Kimberly Jolson |
| : | |
| Defendants. : | |
| : | |

**STIPULATED EXTENSION OF TIME FOR FEDERAL DEFENDANTS TO RESPOND TO THE FIRST AMENDED COMPLAINT**

Under S.D. Ohio Civ. R. 6.1, Federal Defendants United States of America, United States Department of Labor, Lori Chavez-Deremer in her official capacity as United States Secretary of Labor, Internal Revenue Service, and Scott Bessent in his official capacity as Acting Commissioner of the Internal Revenue Service, and Plaintiffs Kara First and Suzanne First, stipulate to a 21-day extension of time, from December 22, 2025 to January 12, 2026, to respond to the Complaint. The Federal Defendants have not filed any prior stipulated extensions of time in this case.

(Signatures follow on next page)

Respectfully submitted,

DOMINICK S. GERACE II
United States Attorney

| | |
|---|---|
| *s/Jason E. Starling/*by John J. Stark, <u>with telephone consent</u> | *s/John J. Stark* |
| Jason E. Starling (0082619) | John J. Stark (0076231) |
| Willis Spangler Starling | Assistant United States Attorney |
| 4635 Trueman Boulevard, Suite 100 | 303 Marconi Boulevard, Suite 200 |
| Hilliard, OH 43026 | Columbus, Ohio 43215 |
| Telephone: (614) 586-7915 | Phone: (614) 459-5715 |
| | Facsimile: (614) 469-5240 |
| Email: jstarling@willisattorneys.com | Email: john.stark@usdoj.gov |
| *Attorney for Plaintiff* | *Attorney for Federal Defendants* |

2