**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**KARA FIRST, et al.,**

        **Plaintiffs,**

    **v.**                                  **Civil Action 2:22-cv-3296**
                                              **Judge Michael H. Watson**
                                              **Magistrate Judge Kimberly A. Jolson**

**J&C AMBULANCE SERVICES,
INC., et al.,**

        **Defendants.**

## **ORDER**

Several months ago, the Court granted Plaintiffs leave to file an amended complaint.  (Doc. 145).  Among other things, Amended Complaint added a claim under the Administrative Procedure Act against the United States, the U.S. Department of Labor ("DOL"), DOL Secretary Lori Chavez-Deremer, and Internal Revenue Service ("IRS"), and IRS Commissioner Danny Werfel (collectively, the "Federal Defendants").  (Doc. 146).  Following service, and several pleading extensions, the Federal Defendants filed a Motion to Dismiss for Lack of Jurisdiction.  (Doc. 166).

In light of the Motion to Dismiss, Plaintiffs and the Federal Defendants are **ORDERED** to confer.  On or before April 7, 2026, they are **ORDERED** to file a joint status report.  The status report should either: (1) propose a discovery plan and accompanying deadlines; (2) notify the Court that the parties agree to stay discovery as to the Federal Defendants until the Court rules on their dispositive motion; or (3) propose a deadline by which the Federal Defendants must bring a motion to stay discovery, if the parties do not jointly agree to a stay.

    IT IS SO ORDERED.

Date:  March 27, 2026                           /s/ Kimberly A. Jolson
                                           KIMBERLY A. JOLSON
                                           UNITED STATES MAGISTRATE JUDGE